**Brett L. Foster, 6089**
bfoster@hollandhart.com
**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Christopher B. Hadley, 14055**
cbhadley@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Plaintiffs*
K-TEC, Inc. and BlendingPro, LLC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **K-TEC, INC.,** a Utah corporation, and **BLENDINGPRO, LLC**, a Virginia Limited Liability Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>**VITA-MIX CORPORATION,** an Ohio corporation,<br><br>        Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Case No. 2:13-cv-00084-PMW<br>Magistrate Judge Paul M. Warner |

Plaintiffs K-TEC, Inc. and BlendingPro, LLC ("Plaintiffs") hereby represent that Defendant Vita-Mix Corporation ("Defendant") has made no appearance in this case and that there has been no answer or motion for summary judgment filed by the Defendant.  Accordingly, pursuant to Rule 41(a)(1)(A), Plaintiffs hereby provide notice of the voluntary dismissal of this lawsuit without prejudice.

6128203_1

Dated this 3rd day of April, 2013.

        HOLLAND & HART, LLP

        /s/  Brett L. Foster
        Brett L. Foster
        Mark A. Miller
        Christopher B. Hadley

        *Attorneys for Plaintiffs*
        K-TEC, Inc. and BlendingPro, LLC